# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KAYLOR H. MCINTYRE**  **PLAINTIFF**
**ADC #166592**

**V.**     **NO. 4:23-cv-01060-LPR-ERE**

**MUSSELWHITE**  **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. McIntyre's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.   Discussion:**

On November 6, 2023, *pro se* plaintiff Kaylor H. McIntyre, an Arkansas Division of Correction ("ADC") inmate, filed this § 1983 lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

With his initial filing, Mr. McIntyre failed to provide a completed application for leave to proceed in forma pauperis (IFP); nor did he pay a filing fee. Accordingly, on November 7, 2023, the Court directed the Clerk of Court to send Mr. McIntyre an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 3*. The Court's Order specifically warned Mr. McIntyre that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. McIntyre has not addressed the filing-fee requirement, and the time to do so has passed.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. McIntyre's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's November 7, 2023 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 11 day of December 2023.

_____
UNITED STATES MAGISTRATE JUDGE